UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
PAUL SCINTO, SR.,                         )
                                          )
           Plaintiff,                     )
                                          )
     v.                                   )   Civil Action No. 08-0361 (PLF)
                                          )
FEDERAL BUREAU OF PRISONS, et al.,        )
                                          )
           Defendants.                    )
_____)

ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that defendants' motion to dismiss [13] or, in the alternative, to transfer venue [14] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that the claims against defendants the Bureau of Prisons, Lappin and White are DISMISSED; it is

FURTHER ORDERED that the claims against defendants Stansberry, McClintock and Holt may proceed only to the extent they are sued in their individual capacities; it is

FURTHER ORDERED that this action shall be TRANSFERRED to the United States District Court for the Eastern District of North Carolina; it is

FURTHER ORDERED that the Clerk of the Court shall transfer all papers in this proceeding, together with a certified copy of this Order, to the United States District Court for the Eastern District of North Carolina; and it is

FURTHER ORDERED that the Clerk of this Court shall remove this case from the docket of this Court.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 30, 2009

2